**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **BAKHTIAR SAHAK v. CHRISTOPHER J. LAROSE, et al.**   Case Number: **26-cv-00832-CAB-BJW**

Hon. Cathy Ann Bencivengo   Ct. Deputy Lori Hernandez   Rptr Tape:  N/A

The Court GRANTS the parties' joint motion to vacate the current briefing schedule.  [Doc. No. 4.]  The parties shall file a joint status report by March 2, 2026 containing the information outlined in the joint motion.

 Date:  February 18, 2026   Initials:  MS