UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BAKHTIAR SAHAK,

                                        Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

                                        Respondents.

Case No.:  3:26-cv-0832-CAB-BJW

**ORDER DISMISSING CASE**

Petitioner has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  [Doc. No. 8.]  The Court therefore DISMISSES the case without prejudice.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1